# Court of Appeals
# of the State of Georgia

ATLANTA, May 08, 2014

*The Court of Appeals hereby passes the following order*

**A14I0166. SIMON PROPERTY GROUP, LP d/b/a SIMON PROPERTY GROUP, INC., et al. v. NANCY KABRICH .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11EV011973



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, May 08, 2014.*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*